```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 25869
   MAAN MUEEN
   DANIELL MUEEN                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA
           Debtor
   SSN XXX-XX-5443    SSN XXX-XX-2851

-----------------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 07/12/04 and confirmed on 09/16/04.

     2.  The plan is paid in full.

     3.  The Debtor paid a total of $  10800.00 .

     4.  The Trustee made disbursements to creditors as follows:

-----------------------------------------------------------------------------
CREDITOR NAME               CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                              PAID          PAID
-----------------------------------------------------------------------------
EASY AUTO CREDIT          SECURED            3410.91         308.20       3410.91
MAJOR HEALTH CTR          UNSECURED          1457.00            .00        703.34
STATE FINANCIAL BANK      UNSECURED          5373.36            .00       2593.89
JEFFERSON CAPITAL SYSTEM  UNSECURED          2303.88            .00       1112.16
          Summary of disbursements:
-----------------------------------------------------------------------------
                    SECURED     PRIORITY    UNSECURED      OTHER        TOTAL
-----------------------------------------------------------------------------
TOTAL CLMS ALLOWED  3410.91         .00       9134.24        .00      12545.15
PRINCIPAL PAID      3410.91         .00       4409.39        .00       7820.30
INTEREST PAID        308.20         .00           .00        .00        308.20
TOTAL PAID          3719.11         .00       4409.39        .00       8128.50
The Debtor's attorney, JAMES A YOUNG & ASSOC         , was allowed $   2700.00
and was paid $    500.00  direct and $   2200.00  through the plan.

The Trustee received $    471.50 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


   Dated: 11/16/07                    /S/
                                     GLENN STEARNS
                                     CHAPTER 13 TRUSTEE
```

PAGE 2
CASE NO. 04 B 25869 MAAN MUEEN & DANIELL MUEEN